**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn Young,<br><br>                    Plaintiff,<br><br>v.<br><br>Liberty Mutual Group, Inc.; et al.,<br><br>                    Defendants. | No. CV-12-2302-PHX-JAT<br><br>**ORDER** |

The parties have fully briefed the issues regarding Defendant Mike Dumas's Motion to Dismiss Plaintiff's complaint against him (Doc. 5).  Having considered the parties' briefs the Court finds oral argument would not aid the Court's decisional process. Accordingly, the Court vacates the Oral Argument on Defendant Mike Dumas's Motion to Dismiss (Doc. 5), scheduled for Monday, March 11, 2013, at 4:00 p.m. MST.  *See Partridge v. Reich*, 141 F.3d 920, 926 (9th Cir. 1998); *Lake at Las Vegas Investors Group, Inc. v. Pac. Dev. Malibu Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Dated this 6th day of March, 2013.

*[signature]*

James A. Teilborg
Senior United States District Judge